UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:20-cr-78-J-39MCR

IVAN JACOB ZECHER
_____/

ORDER

**THIS CAUSE** is before the Court on the Consent Motion to Extend Motion Deadline (Doc. 23; Motion) filed July 7, 2020. In the Motion, Defendant requests that the Court extend the July 8, 2020 motions deadline for thirty days. See Motion at 1. In support of the Motion, defense counsel states that he needs an additional thirty days to review discovery and to file his dispositive motions. See id. at 1. Defendant represents to the Court that counsel for the government does not object to the relief requested in the Motion. See id. at 1.

After due consideration, it is

**ORDERED:**

1. The Consent Motion to Extend Motion Deadline (Doc. 23) is **GRANTED**.

2. Dispositive motions are due on or before **August 10, 2020.**

3. In light of the request to extend the motions deadline, the Court therefore continues this case to the September 2020 trial term, commencing on September 8, 2020. The Court finds that "the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). The Court, therefore, determines that the time from today until the end of the September 2020 trial term shall be "excludable time" pursuant to 18 U.S.C. § 3161(h).

4.  This case is stricken from the August 2020 trial calendar and defense counsel is relieved of the obligation of attending the status conference previously scheduled for July 13, 2020, at 3:30 p.m. Another status conference is scheduled for **August 24, 2020, at 3:30 p.m.** before the undersigned in Courtroom 12C, Twelfth Floor, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida.

**DONE** and **ORDERED** in Jacksonville, Florida this 9th day of July, 2020.

_____
BRIAN J. DAVIS
United States District Judge

cs
Copies to:

Counsel of Record