UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 3:20-cr-78-J-39MCR

IVAN JACOB ZECHER

### REQUEST FOR LEAVE TO DISMISS INDICTMENT

Pursuant to Fed. R. Crim. P. 48(a), Maria Chapa Lopez, the United States Attorney for the Middle District of Florida, hereby requests leave of Court to dismiss the Indictment pending against Defendant IVAN JACOB ZECHER, in the above-captioned case, without prejudice, on the grounds of newly discovered evidence.

WHEREFORE, the United States respectfully requests that this Court grant the requested leave to dismiss the Indictment against Defendant IVAN JACOB ZECHER in the above-captioned case, without prejudice, and direct the Clerk of Court to close the case as to said defendant.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By: */s/ David B. Mesrobian*
DAVID B. MESROBIAN
Assistant United States Attorney
USA No. 188
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone: (904) 301-6300
Facsimile: (904) 301-6310
E-mail: david.mesrobian@usdoj.gov

U.S. v. Ivan Jacob Zecher     Case No. 3:20-cr-78-J-39MCR

**CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2020, I electronically filed this document and its attachments with the Clerk of the Court by using the CM/ECF system and the notice of electronic filing was sent to the following CM/ECF participant:

Mark S. Barnett, Esq.

*/s/ David Mesrobian*
DAVID MESROBIAN
Assistant United States Attorney