**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.  CASE NO.  3:20-cr-78-J-39MCR

IVAN JACOB ZECHER

**ORDER**

Pursuant to Fed. R. Crim. P. 48(a), the United States has requested the Court dismiss the Indictment against Defendant IVAN JACOB ZECHER, without prejudice. Leave of Court is granted and the Indictment is dismissed against Defendant in the above-captioned case without prejudice. Further, the United States Marshal Service is hereby directed to immediately release Defendant upon receipt of this Order. The Clerk of Court is directed to close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 4th day of September 2020.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:
Assistant United States Attorney (Mesrobian)
Matthew Barnett, Esq.
United States. Marshal Service
United States Pretrial Services
United States Probation Office